IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE FREDERICKS,

    Petitioner,                    No. CIV S-05-0334 MCE KJM P

    vs.

WARDEN, M. KNOWLES,

    Respondent.                ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        On August 4, 2005, petitioner requested additional time in which to file his opposition to respondent's motion to dismiss.

        IT IS HEREBY ORDERED

        1. Petitioner's August 4, 2005 request for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

        2. Petitioner's August 4, 2005 request for an extension of time is granted; and

1   3. Petitioner's opposition to the motion to dismiss is due within thirty days of the
2   date of this order.

3   DATED: August 10, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2/kf
fred0334.110