IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE FREDERICKS,

    Petitioner,

v.

M. KNOWLES,

    Respondent.

No. 2:05-cv-0334-MCE-KJM-P

<u>ORDER</u>

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 23, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 23, 2006, are adopted in full; and

2. Respondent's motion to dismiss is granted insofar as petitioner alleges the Board of Parole Terms has failed to set a base term and thus his term has become disproportionate to the "uniform" term specified in California Penal Code section 3041, but denied in all other respects.

DATED: March 30, 2006

```
_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE
```

2